IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTINA SANDOVAL                                                                PLAINTIFF

V.                           Case No. 4:23-CV-00865-BBM

MICHELLE KING, Acting Commissioner,
Social Security Administration[1]                                                 DEFENDANT

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 22nd day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In January of 2025, Michelle King was named Acting Commissioner of the Social Security Administration ("the Commissioner"). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Commissioner King is automatically substituted as the Defendant.